■ JOHN MOODY, Plaintiff, v SVETLANA SOROKINA, Appellant. RICHARD B. ALDERMAN, Respondent. (Appeal No. 2.) [855 NYS2d 387]—Appeal from an order of the Supreme Court, Jefferson County (Joseph D. McGuire, J.), entered April 30, 2007. The order denied the motion of defendant for leave to reargue the order entered April 27, 2007.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Scudder, P.J., Smith, Centra, Peradotto and Pine, JJ.

■ JONATHAN SEIGER, Appellant, v VINCENT DERCOLE et al., Defendants, and MAX PROPERTIES, LTD., Respondent. [856 NYS2d 771]—

Appeal from an order of the Supreme Court, Monroe County (David M. Barry, J.), entered June 14, 2007. The order granted the motion of defendant Max Properties, Ltd. for summary judgment and dismissed the amended complaint against it.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Plaintiff commenced this action seeking damages for injuries he sustained when a dog owned by defendant Vincent Dercole attacked plaintiff and his dog as they were walking on a street one block south of the premises that Dercole leased from defendant Max Properties, Ltd. (defendant). We conclude that Supreme Court properly granted the motion of defendant seeking summary judgment dismissing the amended complaint against it. "Because the incident did not occur on defendant's property . . .[,] defendant owed no duty of care to plaintiff[ ]" (*Ruffin v Dykes*, 37 AD3d 1191 [2007]; *see Weipert v Oldfield*, 298 AD2d 974 [2002]). Present—Scudder, P.J., Smith, Centra, Peradotto and Pine, JJ.